UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFFICE LABS INDIANA 1, LLC, et al.,

Petitioners,

v.

SERENDIPITY FRANCHISE
INTERNATIONAL, LLC, et al.,

Respondents.

**ORDER**

25-CV-10536 (PMH)

PHILIP M. HALPERN, United States District Judge:

On December 18, 2025, Office Labs Indiana 1, LLC, Robert Baker, Alex Perchuk, Yury Benin, Advantage Partners, LLC, Triple 5 Group, LLC, Office Labs 3 Crossings, LLC, Office Labs Pittsburgh 1, LLC, and Office Labs Arizona 1, LLC ("Petitioners") commenced this action by filing a petition to vacate an arbitration award ("Petition," Doc. 1) against Serendipity Franchise International, LLC and Serendipity Labs, Inc. ("Respondents").

"A party filing a motion under the [Federal Arbitration Act] to confirm an arbitration award must allege facts showing an independent jurisdictional basis for the Court to consider that motion because the [Federal Arbitration Act], by itself, 'bestows no federal jurisdiction.'" *Prince v. TD Bank N.A.*, No. 20-CV-00660, 2020 WL 8991788, at *2 (S.D.N.Y. Mar. 23, 2020). Here, the alleged basis for the Court's jurisdiction is pursuant to 28 U.S.C. § 1331 and the Federal Arbitration Act, 9 U.S.C. § 10. (Petition ¶ 13). Petitioners do not state any jurisdictional basis independent of the Federal Arbitration Act for the Court to consider their Petition.

Accordingly, by December 30, 2025, Petitioners shall file a letter via ECF explaining the basis for the Court's jurisdiction in this matter.

2

**SO ORDERED.**

Dated:   December 23, 2025
         White Plains, New York

HON. PHILIP M. HALPERN
United States District Judge

2