

Darcy Hansen

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 880 3837
DirF: 212 259 8583
darcy.hansen@akerman.com

January 2, 2026

VIA ECF

Hon. Philip M. Halpern
United States District Judge
United States District Court, Southern District of New York
White Plains, New York

Re:    *Serendipity Labs Franchise International, LLC, et al. v. Advantage Partners, LLC, et al.*, **Case No. 7:25-CV-10484 (PMH)** and *Office Labs Indiana 1, LLC, et al. v. Serendipity Labs Franchise International, LLC, et al.*, **Case No. 7:25-CV-10536 (PMH)**

Dear Judge Ha[...]

This fir[...] LLC ("SLFI")
and Serendipit[...] actions.    The
undersigned fir[...]e Labs Indiana
1, LLC, Alex [...], Office Labs
Pittsburgh 1, I[...]e "Office Labs
Parties"). The [...]r motion to the
Court pursuant [...]olidate the two
cases and to se[...]

As the C[...]itration Award
and supporting [...] December 17,
2025, seeking [...]n Association
("AAA") arbit[...] v. *Advantage
Partners, LLC,*[...]e Labs Parties
filed a Petition[...]s Petition") in
Case No. 7:25-[...]rd rendered in
the Arbitration[...]ase Statement
indicating that [...]oth cases were
assigned to the[...]

Counsel[...]-conferred and
agree that the [...]mplated under

> The parties' joint request to consolidate this case and the related action, *Office Labs Indiana 1, LLC, et al. v. Serendipity Labs Franchise International, LLC, et al.*, 25-CV-10536-PMH, pursuant to Federal Rule of Civil Procedure 42(a) is granted. The action entitled *Office Labs Indiana 1, LLC, et al. v. Serendipity Labs Franchise International, LLC, et al.*, 25-CV-10536-PMH, is consolidated into the action entitled *Serendipity Labs Franchise International, LLC, et al. v. Advantage Partners, LLC, et al.*, 25-CV-10484-PMH. Unless otherwise ordered by this Court, future filings shall be filed and docketed only under docket number 25-CV-10484-PMH.
>
> Further, the parties' joint request to set a modified briefing schedule is granted. Memoranda of law in opposition to the petitions and supporting affirmations and exhibits, if any, shall be filed by February 27, 2026. Reply memoranda of law, if any, shall be filed by March 30, 2026.
>
> In light of the consolidation, the Clerk of Court is respectfully requested to administratively close the action entitled *Office Labs Indiana 1, LLC, et al. v. Serendipity Labs Franchise International, LLC, et al.*, 25-CV-10536-PMH. Further, the Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 11.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
> January 5, 2026

Hon. Philip M. Halpern
January 2, 2026
Page 2

_____

Federal Rule of Civil Procedure 42(a).[1]  Counsel for the parties accepted electronic service of the Serendipity Petition and the Office Labs Petition, respectively, effective as of December 19, 2025, and the deadline for opposition briefing is as early as Friday, January 2, 2026.  The parties seek to progress their competing claims concerning the Final Award rendered in the Arbitration in an agreed and orderly fashion consistent with the principles of judicial economy.

Accordingly, if it please the Court, the Serendipity Parties and Office Labs Parties jointly consent and request that:

1.  The two actions, Case Nos. 7:25-cv-10484 (PMH) and 7:25-cv-10536 (PMH), be consolidated into a single action before the Court;

2.  The parties' respective memoranda of law in opposition to the Serendipity Petition and Office Labs Petition, and supporting affirmations and exhibits, if any, shall be filed by February 27, 2026; and,

3.  The parties' respective reply memoranda of law in further support of the Serendipity Petition and Office Labs Petition, shall be filed by March 30, 2026.

There have been no previous requests for adjournment or extension of time in this case. We thank you for your attention to this matter.

Sincerely,

*/s/ Darcy Hansen*
Darcy Hansen

Sara Brubaker, Esq.*
420 S. Orange Avenue, Ste. 1200
Orlando, FL 32801
Tel. 407-423-4000
Fax. 407-843-6610
sara.brubaker@akerman.com

*Attorneys for Serendipity Parties*

* *pro hac vice* application
forthcoming

_____

[1] For example, as a threshold matter, the Court ordered all parties to submit letters explaining the basis of the Court's diversity jurisdiction over the actions, which letters have been submitted and are currently pending the Court's review.

Hon. Philip M. Halpern
January 2, 2026
Page 3

_____

Joined:

**MARKS & KLEIN, LLC**

By:  */s/ Brent M. Davis*
Justin M. Klein, Esq.
Brent M. Davis, Esq.
Mark I. Fishbein, Esq.*
331 Newman Springs Road
Building 1, 4th Floor
Red Bank, New Jersey 07701
Tel: (731) 747-7100
Fax: (732) 784-1850
justin@marksklein.com
brent@marksklein.com
mark@marksklein.com

*Attorneys for Office Labs Parties*

* *pro hac vice* application
forthcoming